UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Petitioner,

v.                            CASE NO. 8:08-MC-85-T-17TBM

JAMES B. THORNBERRY,

        Respondent.

_____/

ORDER

This cause is before the Court on:

Dkt. 17   Report and Recommendation
Dkt. 19   Objections

In this case, Petitioner United States of America filed a Petition to Enforce IRS Summmons, which the undersigned referred to the assigned Magistrate Judge. Petitioner seeks to obtain handwriting exemplars, fingerprints, and photographs of Respondent.

After issuing an Order to Show Cause and conducting a hearing, the assigned Magistrate Judge has entered a Report and Recommendation in which it is recommended that the Petition to Enforce be granted, including further orders as are necessary to enforce compliance with the Petition, and that the United States recover its costs in maintaining this action. It is specifically recommended that the Motion to Dismiss Respondent's Petition to Quash and Counterclaim (Dkt. 11) be granted, and that Respondent's Objection to Summary Enforcement, Motion to Quash, and Counterclaim (Dkts. 9-10) be denied. It is further recommended that the Notice to Set Hearing (Dkt. 14) be denied.

Case No. 8:08-MC-85-T-17TBM

Respondent has filed Objections to the Report and Recommendation (Dkt. 19). The gist of Respondent's objections is that Agent Robert B. Crockett, III is without authority to compel Respondent to comply with the IRS summons, and Petitioner has acted in violation of federal law in seeking compliance with the IRS summons.

The Court has independently examined the pleadings, and has considered Respondent's objections. The Court notes that the Order to Show Cause was entered on July 3, 2008, and served on Respondent on July 22, 2008 (Dkt. 4). Respondent filed his response on July 31, 2008, and an additional response on August 15, 2008. Respondent did not appear at the hearing scheduled on September 18, 2008.

In order to obtain judicial enforcement of a summons, the IRS must meet the requirements cited in United States v. Powell, 379 U.S. 48, 57-58 (1964):

> 1) the investigation is being conducted for a legitimate purpose;
>
> 2) the inquiry may be relevant for that purpose;
>
> 3) the information sought is not already in the possession of the IRS;
>
> 4) the administrative steps required in the internal Revenue Service code have been followed.

Once the necessary showing has been made, the burden shifts to the party contesting the summons to disprove one of the four

2

Case No. 8:08-MC-85-T-17TBM

elements or to convince the court that enforcement otherwise constitutes an abuse of court process. After consideration, the Court concludes that Respondent failed to meet this burden. The Court adopts and incorporates by reference the Report and Recommendation, and overrules all objections. Accordingly, it is

   **ORDERED** that the Report and Recommendation is **adopted** and **incorporated**; the Court **overrules** Respondent's objections. It is further

   **ORDERED** that the Petition to Enforce IRS Summons is **granted**. Respondent James B. Thornberry is directed to obey the summons, and each and every requirement thereof, by producing the documents and information called for by the terms of the summons at such time as may be fixed by Revenue Officer Robert B. Crockett, III, or any other proper officer or employee of the Internal Revenue Service. It is further

   **ORDERED** that Petitioner is **granted** its costs and expenses incurred in bringing this action.

   **DONE and ORDERED** in Chambers, in Tampa, Florida on this 20th day of October, 2008.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record