UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

       Petitioner,

v.                                          CASE NO. 8:08-MC-85-T-17TBM

JAMES B. THORNBERRY,

       Respondent.

_____/


ORDER

This cause is before the Court <u>sua</u> <u>sponte</u>. The Court was notified by Special Agent Robert Crockett that Respondent James B. Thornberry has provided the handwriting exemplars on December 19, 2008. The Court finds that Respondent Thornberry has purged his contempt, and directs that the U.S. Marshal release Respondent James B. Thornberry from custody. Accordingly, it is

**ORDERED** that the U.S. Marshal shall release Respondent James B. Thornberry from custody on December 19, 2008, as Respondent Thornberry has now provided the handwriting exemplars and purged his contempt. The hearing which is scheduled for December 22, 2008 at 11:00 a.m. is **cancelled.**

Case No. 8:08-MC-85-T-17TBM

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 19th day of December, 2008.


ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
U.S. Marshal
Cindy Leigh-Martin, CRD